IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAUNNA BATTY                                                                                       PLAINTIFF

v.                                    Case No. 3:19-cv-00242 JTK

ANDREW SAUL, Commissioner                                                          DEFENDANT
Social Security Administration

### ORDER

Pending is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (DE #15).  In the motion, Plaintiff requests $3,392.32 in attorney's fees and expenses.  The Commissioner filed a Response and does not object to the award. (DE #17)  After careful consideration, the Court hereby finds the motion should be granted and Plaintiff be awarded reasonable attorney's fees.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts.  *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).  Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

Accordingly, the Motion for Attorney's Fees (DE #15) is GRANTED.  Plaintiff is awarded $3,392.32

IT IS SO ORDERED this 14th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE